ACCEPTED
03-13-00347-CR
4648576
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 8:45:35 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00347-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL
DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/26/2015 8:45:35 AM

JEFFREY D. KYLE
Clerk

## Donna Marie Pryor

Appellant

v.

## The State of Texas

Appellee

On Appeal from the 207th District Court of Comal County in Cause No.
CR2012-208, the Honorable Jack Robison, Judge Presiding

# Supplemental List of Authorities

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Donna Marie Pryor, Appellant, by and through John G. Jasuta and David A. Schulman, her undersigned attorneys, and respectfully files this supplemental list of authorities which were mentioned by Appellant at oral argument.

1. *Hernandez v. State*, 983 S.W.2d 867(Tex.App. - Austin 1998).

2. *Contreras v. State*, 312 S.W.3d 566 (Tex.Cr.App. 2010).

3. *Vasquez v. State*, 225 S.W.3d 541 (Tex.Cr.App. 2007).

4. *Trahan v. State*, 16 S.W.3d 146 (Tex.App - Beaumont 2000).

5. Transportation Code § 545.101.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

**David A. Schulman**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
zdrdavida@davidschulman.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar Card No. 17833400

Attorneys for Donna Marie Prior

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 671 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on March 24, 2015, a true and correct copy of the above and foregoing "Supplemental List of Authorities" was transmitted via the eService function on the State's eFiling portal, to Clayten Hearrell (hearrc@co.comal.tx.us) and Joshua Presley (preslj@co.comal.tx.us), counsel of record for the State of Texas

**John G. Jasuta**